### ERNEST MOSS v. STATE OF FLORIDA

19 So. (2nd) 408            June Term, 1944
October 17, 1944            Division B

*Frank Redd,* for appellant.

*J. Tom Watson,* Attorney General, *John C. Wynn,* Assistant Attorney General, for appellee.

PER CURIAM:

Appellant, having been convicted of manslaughter under the provisions of Sec. 860.01 Fla. Stats, 1941 (same F.S.A.),

has brought the record and judgment here for review on appeal.

The only question presented amounts to a challenge to the sufficiency of the evidence to support the verdict and judgment.

There is disclosed by the transcript of the record ample evidence, (which if believed by the jury,) to support the conviction.

No reversible error having been made to appear, the judgment is affirmed.

So ordered.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.